JS-6

1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10
11   SANDRA R. CHRISTIAN                ) CASE NO. 5:15-CV-00011-JGB-SP
                                        )
12                  Plaintiff,          )
                                        ) x̶[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶ ORDER OF
13   vs.                                ) JUDGMENT
                                        )
14   SUNBEAM PRODUCTS, INC., et al.     )
                                        )
15                  Defendants.         )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21   _____)
22
23
24
25
26
27
28

X̶[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶ ORDER OF JUDGMENT- CASE NO. 5:15-CV-00011-JGB-SP

- 1 -

1    Based on the acceptance of Plaintiff Sandra Christian (hereinafter,

2  "Plaintiff") of the Federal Rule of Civil Procedure ("Rule") 68 Offer of Judgment

3  made by Defendants Sunbeam Products, Inc. dba Jarden Consumer Solutions and

4  Target Corporation (collectively, "Defendants"), **IT IS HEREBY ORDERED:**

5    Judgment is entered in favor of Sandra R. Christian and against Defendants

6  Sunbeam Products, Inc. dba Jarden Consumer Solutions and Target Corporation,

7  jointly and severally, in the amount of $65,000.00 (sixty-five thousand dollars),

8  inclusive of all costs of suit and attorney's fees.

9

10  **IT IS SO ORDERED.**

11

12  Dated:   November 13,  2015

13                                                    Hon. Jesus G. Bernal
                                                      District Court Judge